```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MARY M. FRENCH, #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  MARIA TERESA REYES RAMOS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-06-0211 GEB |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) | CONTINUING STATUS CONFERENCE |
| ) | |
| MARIA TERESA REYES RAMOS, ) | Date: August 25, 2006 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | Judge: Hon. Garland E. Burrell, |
| ) |       Jr. |
| _____ ) | |

It is hereby stipulated between the parties, Matthew Stegman, Assistant United States Attorney, attorney for plaintiff, and Mary M. French, attorney for defendant, that the Status Conference hearing date of July 28, 2006, is vacated and a new Status Conference hearing date of August 25, 2006 at 9:00 a.m. is hereby set.

This continuance is requested because counsel for defendant is still in the process of on-going investigation, including requesting and reviewing defendant's medical and other records.

It is further stipulated that the period from July 28, 2006,

1  through and including August 25, 2006, should be excluded pursuant to
2  18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
3  counsel and defense preparation.

4  Dated: July 27, 2006                Respectfully submitted,

5                                      DANIEL J. BRODERICK
                                       Federal Defender

7
                                         /s/ Mary M. French
8                                      MARY M. FRENCH
                                       Supervising Assistant
9                                      Federal Defender
                                       Attorney for Defendant
10                                     MARIA TERESA RAMOS

11
   Dated: July 27, 2006                MCGREGOR W. SCOTT
12                                     United States Attorney

13
                                       /s/  Mary M. French for
14                                          Matthew Stegman

15                                     _____
                                       MATTHEW STEGMAN
                                       Assistant U.S. Attorney
16                                     per telephonic authorization

18
   IT IS SO ORDERED.
19
   Dated:  July 27, 2006
20

21                                     /s/ Garland E. Burrell, Jr.
                                       GARLAND E. BURRELL, JR.
22                                     United States District Judge

Stipulation and Order                  -2-