DANIEL J. BRODERICK, #89424
Federal Defender
MARY M. FRENCH, #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MARIA TERESA REYES RAMOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>              Plaintiff,          )<br>                                  )<br>     v.                           )<br>                                  )<br> MARIA TERESA REYES RAMOS,        )<br>                                  )<br>              Defendant.          )<br>                                  )<br> _____  ) | NO. CR-S-06-0211 GEB<br><br>STIPULATION AND [PROPOSED] ORDER<br>CONTINUING STATUS CONFERENCE<br><br>Date: October 6, 2006<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell,<br>       Jr. |

   It is hereby stipulated between the parties, Matthew Stegman, Assistant United States Attorney, attorney for plaintiff, and Mary M. French, attorney for defendant, that the Status Conference hearing date of August 25, 2006, is vacated and a new Status Conference hearing date of October 6, 2006 at 9:00 a.m. is hereby set.

   This continuance is requested because counsel for defendant is still in the process of on-going investigation, including requesting and reviewing defendant's medical and other records.

   It is further stipulated that the period from August 25, 2006,

through and including October 6, 2006, should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated:  August 24, 2006              Respectfully submitted,

                                     DANIEL J. BRODERICK
                                     Federal Defender


                                      /s/ Mary M. French
                                     MARY M. FRENCH
                                     Supervising Assistant
                                     Federal Defender
                                     Attorney for Defendant
                                     MARIA TERESA RAMOS


Dated: August 24, 2006               MCGREGOR W. SCOTT
                                     United States Attorney


                                     /s/  Mary M. French for
                                          Matthew Stegman
                                     _____
                                     MATTHEW STEGMAN
                                     Assistant U.S. Attorney
                                     per telephonic authorization

IT IS SO ORDERED.

Dated:  August 24, 2006

                                     /s/ Garland E. Burrell, Jr.
                                     GARLAND E. BURRELL, JR.
                                     United States District Judge

Stipulation and Order                -2-