1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MARY M. FRENCH, #126643
   Supervising Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  MARIA TERESA REYES RAMOS
7
8                    IN THE UNITED STATES DISTRICT COURT
9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
12 UNITED STATES OF AMERICA,      )  NO. CR-S-06-0211 GEB
                                  )
13                   Plaintiff,   )
                                  )  STIPULATION AND [PROPOSED] ORDER
14      v.                        )  CONTINUING STATUS CONFERENCE
                                  )
15 MARIA TERESA REYES RAMOS,      )  Date:  Nobember 17, 2006
                                  )  Time:  9:00 a.m.
16                   Defendant.   )  Judge: Hon. Garland E. Burrell,
                                  )         Jr.
17 _____ )
18
19
20       It is hereby stipulated between the parties, Matthew Stegman,

21 Assistant United States Attorney, attorney for plaintiff, and Mary M.

22 French, attorney for defendant, that the Status Conference hearing date

23 of October 6, 2006, is vacated and a new Status Conference hearing date

24 of November 17, 2006 at 9:00 a.m. is hereby set.

25       This continuance is requested because counsel for defendant is

26 still in the process of on-going investigation, including requesting

27 and reviewing defendant's medical and other records.

28       It is further stipulated that the period from October 6, 2006,

1   through and including November 17, 2006, should be excluded pursuant to

2   18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of

3   counsel and defense preparation.

4   Dated:  October 5, 2006                Respectfully submitted,

5                                          DANIEL J. BRODERICK
                                           Federal Defender
6

7
                                              /s/ Mary M. French
8                                          MARY M. FRENCH
                                           Supervising Assistant
9                                          Federal Defender
                                           Attorney for Defendant
10                                         MARIA TERESA RAMOS

11
    Dated: October 5, 2006                MCGREGOR W. SCOTT
12                                         United States Attorney

13
                                           /s/  Mary M. French for
14                                              Matthew Stegman

15                                         _____
                                           MATTHEW STEGMAN
16                                         Assistant U.S. Attorney
                                           per telephonic authorization
17

18
    IT IS SO ORDERED.
19
    Dated:  October 5, 2006
20

21                                         /s/ Garland E. Burrell, Jr.
                                           GARLAND E. BURRELL, JR.
22                                         United States District Judge

23

24

25

26

27

28

    Stipulation and Order          -2-