```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MARY M. FRENCH, #126643
   Supervising Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  MARIA TERESA REYES RAMOS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR-S-06-0211 GEB |
|---|---|
| Plaintiff, | ) |
|  | ) STIPULATION AND [PROPOSED] ORDER |
| v. | ) CONTINUING STATUS CONFERENCE |
|  | ) |
| MARIA TERESA REYES RAMOS, | ) Date: December 22, 2006 |
|  | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Hon. Garland E. Burrell, Jr. |

It is hereby stipulated between the parties, Matthew Stegman, Assistant United States Attorney, attorney for plaintiff, and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant MARIA TERESA REYES RAMOS, that the Status Conference hearing date of November 17, 2006, is vacated and a new Status Conference hearing date of December 22, 2006 at 9:00 a.m. is hereby set.

This continuance is requested because counsel for defendant is still in the process of on-going investigation, including requesting and reviewing defendant's medical and other records.

It is further stipulated that the period from November 17, 2006,

1  through and including December 22, 2006, should be excluded pursuant to
2  18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
3  counsel and defense preparation.

4  Dated:  November 15, 2006              Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender


                                            /s/ Mary M. French
                                          MARY M. FRENCH
                                          Supervising Assistant
                                          Federal Defender
                                          Attorney for Defendant
                                          MARIA TERESA RAMOS


   Dated: November 15, 2006                 MCGREGOR W. SCOTT
                                          United States Attorney


                                          /s/  Mary M. French for
                                               Matthew Stegman
                                          _____
                                          MATTHEW STEGMAN
                                          Assistant U.S. Attorney
                                          per telephonic authorization

   IT IS SO ORDERED.

   Dated:  November 16, 2006

                                          _____
                                          GARLAND E. BURRELL, JR.
                                          United States District Judge

Stipulation and Order               -2-