1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MARY M. FRENCH, #126643
   Supervising Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  MARIA TERESA REYES RAMOS

7

8
                  IN THE UNITED STATES DISTRICT COURT
9
                FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12 UNITED STATES OF AMERICA,      )  NO. CR-S-06-0211 GEB
                                  )
13                  Plaintiff,    )
                                  )  DEFENDANT'S WAIVER OF APPEARANCE
14      v.                        )
                                  )
15 MARIA TERESA REYES RAMOS,      )
                                  )
16                  Defendant.    )  Judge: Garland E. Burrell, Jr.
                                  )
17 _____)

18

19       Pursuant to Fed.R.Crim.P. 43, defendant, MARIA TERESA REYES RAMOS,

20 hereby waives the right to be present in person in open court upon the

21 hearing of any motion or other proceeding in this case, including, but

22 not limited to, further arraignments, entries of plea and status

23 conferences.

24       The defendant agrees that her interest will be deemed represented

25 at all times by the presence of her attorney, the same as if the

26 defendant were personally present.

27       The defendant further acknowledges that she has been informed of

28 her rights under Title 18 U.S.C. §§ 3161-3174 (The Speedy Trial Act)

and authorizes her attorney to set times and dates under that Act without her personal presence.

Dated: June 9, 2006

                                /s/ Maria Teresa Reyes Ramos
                                MARIA TERESA REYES RAMOS
                                (Original retained by attorney)

    I concur in Ms. Ramos' decision to waive her presence at future proceedings.

Dated:   June 9, 2006                Respectfully submitted,

                                DANIEL J. BRODERICK
                                Federal Defender

                                /s/ Mary M. French
                                MARY M. FRENCH
                                Supervising Assistant Federal Defender
                                Attorney for Defendant
                                MARIA TERESA REYES RAMOS

IT IS SO ORDERED.

Dated:   November 20, 2006

                                GARLAND E. BURRELL, JR.
                                United States District Judge