```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MARY M. FRENCH, #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  MARIA TERESA REYES RAMOS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR-S-06-0211 GEB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] ORDER |
| v. | ) | CONTINUING STATUS CONFERENCE |
| | ) | |
| MARIA TERESA REYES RAMOS, | ) | Date: January 19, 2007 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Judge: Hon. Garland E. Burrell, Jr. |
| _____ | ) | |

It is hereby stipulated between the parties, Matthew Stegman, Assistant United States Attorney, attorney for plaintiff, and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant MARIA TERESA REYES RAMOS, that the Status Conference hearing date of December 22, 2006, is vacated and a new Status Conference hearing date of January 19, 2007, at 9:00 a.m. is hereby set.

This continuance is requested because counsel for defendant is still in the process of on-going investigation, including requesting and reviewing defendant's medical and other records.

It is further stipulated that the period from December 22, 2006,

1   through and including January 19, 2007, should be excluded pursuant to
2   18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
3   counsel and defense preparation.

4   Dated:  December 21, 2006                Respectfully submitted,

                                             DANIEL J. BRODERICK
                                             Federal Defender


                                              /s/ Mary M. French
                                             MARY M. FRENCH
                                             Supervising Assistant
                                             Federal Defender
                                             Attorney for Defendant
                                             MARIA TERESA RAMOS


    Dated: December 21, 2006                 MCGREGOR W. SCOTT
                                             United States Attorney


                                             /s/  Mary M. French for
                                                  Matthew Stegman
                                             _____
                                             MATTHEW STEGMAN
                                             Assistant U.S. Attorney
                                             per telephonic authorization


18  IT IS SO ORDERED.

19  Dated:  December 21, 2006

                                             _____
                                             GARLAND E. BURRELL, JR.
                                             United States District Judge

Stipulation and Order                -2-