1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MARY M. FRENCH, #126643
   Supervising Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  MARIA TERESA REYES RAMOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR-S-06-0211 GEB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] ORDER |
| v. | ) | CONTINUING STATUS CONFERENCE |
| | ) | |
| MARIA TERESA REYES RAMOS, | ) | Date:  February 23, 2007 |
| | ) | Time:  9:00 a.m. |
| Defendant. | ) | Judge: Hon. Garland E. Burrell, Jr. |
| _____ | ) | |

It is hereby stipulated between the parties, Matthew Stegman, Assistant United States Attorney, attorney for plaintiff, and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant MARIA TERESA REYES RAMOS, that the Status Conference hearing date of January 19, 2007, is vacated and a new Status Conference hearing date of February 23, 2007, at 9:00 a.m. is hereby set.

This continuance is requested because counsel for defendant is still in the process of on-going investigation, including requesting and reviewing defendant's medical and other records.

It is further stipulated that the period from January 19, 2007,

1  through and including February 23, 2007, should be excluded pursuant to
2  18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
3  counsel and defense preparation.

4  Dated:   January 18, 2007                Respectfully submitted,

5                                           DANIEL J. BRODERICK
                                            Federal Defender
6

7
                                              /s/ Mary M. French
8                                           MARY M. FRENCH
                                            Supervising Assistant
9                                           Federal Defender
                                            Attorney for Defendant
10                                          MARIA TERESA RAMOS

11
   Dated: January 18, 2007                  MCGREGOR W. SCOTT
12                                          United States Attorney

13
                                            /s/  Mary M. French for
14                                               Matthew Stegman

15                                          _____
                                            MATTHEW STEGMAN
                                            Assistant U.S. Attorney
16                                          per telephonic authorization

17

18
   IT IS SO ORDERED.
19
   Dated:   January 22, 2007
20

21
                                            _____
22                                          GARLAND E. BURRELL, JR.
                                            United States District Judge
23

24

25

26

27

28

Stipulation and Order                -2-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation and Order                -3-