```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MARY M. FRENCH, #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  MARIA TERESA REYES RAMOS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR-S-06-0211 GEB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] ORDER |
| v. | ) | CONTINUING STATUS CONFERENCE |
| | ) | |
| MARIA TERESA REYES RAMOS, | ) | Date:  March 30, 2007 |
| | ) | Time:  9:00 a.m. |
| Defendant. | ) | Judge: Hon. Garland E. Burrell, Jr. |
| _____ | ) | |

It is hereby stipulated between the parties, Matthew Stegman, Assistant United States Attorney, attorney for plaintiff, and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant MARIA TERESA REYES RAMOS, that the Status Conference hearing date of February 23, 2007, is vacated and a new Status Conference hearing date of March 30, 2007, at 9:00 a.m. is hereby set.

This continuance is requested because counsel for defendant is still in the process of on-going investigation, including requesting and reviewing defendant's medical and other records.

It is further stipulated that the period from February 23, 2007,

1  through and including March 30, 2007, should be excluded pursuant to
2  18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
3  counsel and defense preparation.

Dated: February 22, 2007              Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender


                                        /s/ Mary M. French
                                      MARY M. FRENCH
                                      Supervising Assistant
                                      Federal Defender
                                      Attorney for Defendant
                                      MARIA TERESA RAMOS


Dated: February 22, 2007                  MCGREGOR W. SCOTT
                                      United States Attorney


                                      /s/  Mary M. French for
                                           Matthew Stegman
                                      _____
                                      MATTHEW STEGMAN
                                      Assistant U.S. Attorney
                                      per telephonic authorization



IT IS SO ORDERED.

Dated: February 22, 2007

                                      _____
                                      GARLAND E. BURRELL, JR.
                                      United States District Judge










Stipulation and Order                 -2-