```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MARY M. FRENCH, #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  MARIA TERESA REYES RAMOS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR-S-06-0211 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] ORDER |
| v. | ) | CONTINUING STATUS CONFERENCE |
| | ) | |
| MARIA TERESA REYES RAMOS, | ) | Date: August 10, 2007 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Judge: Hon. Garland E. Burrell, |
| | ) |        Jr. |
| _____ | ) | |

It is hereby stipulated between the parties, Matthew Stegman, Assistant United States Attorney, attorney for plaintiff, and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant MARIA TERESA REYES RAMOS, that the Status Conference hearing date of June 29, 2007, is vacated and a new Status Conference hearing date of August 10, 2007, at 9:00 a.m. is hereby set.

This continuance is requested because counsel for defendant is still in the process of on-going investigation, including requesting and reviewing defendant's medical and other records.

It is further stipulated that the period from June 29, 2007,

1  through and including August 10, 2007, should be excluded pursuant to
2  18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
3  counsel and defense preparation.

4  Dated:   June 27, 2007                Respectfully submitted,

5                                        DANIEL J. BRODERICK
                                         Federal Defender
6

7
                                          /s/ Mary M. French
8                                        MARY M. FRENCH
                                         Supervising Assistant
9                                        Federal Defender
                                         Attorney for Defendant
10                                       MARIA TERESA RAMOS

11
    Dated:   June 27, 2007               MCGREGOR W. SCOTT
12                                       United States Attorney

13
                                         /s/  Mary M. French for
14                                            Matthew Stegman

15                                       _____
                                         MATTHEW STEGMAN
                                         Assistant U.S. Attorney
16                                       per telephonic authorization

17

18
    IT IS SO ORDERED.
19
    Dated:   June 28, 2007
20

21
                                         _____
22                                       GARLAND E. BURRELL, JR.
                                         United States District Judge
23

24

25

26

27

28

Stipulation and Order                    -2-