DANIEL J. BRODERICK, #89424
Federal Defender
MARY M. FRENCH, #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MARIA TERESA REYES RAMOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-06-0211 GEB |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) | CONTINUING STATUS CONFERENCE |
| ) | |
| MARIA TERESA REYES RAMOS, ) | Date: September 28, 2007 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | Judge: Hon. Garland E. Burrell, |
| ) | Jr. |
| _____ ) | |

It is hereby stipulated between the parties, Matthew Stegman, Assistant United States Attorney, attorney for plaintiff, and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant MARIA TERESA REYES RAMOS, that the Status Conference hearing date of August 10, 2007, is vacated and a new Status Conference hearing date of September 28, 2007, at 9:00 a.m. is hereby set.

This continuance is requested because counsel for defendant is still in the process of on-going investigation, including requesting and reviewing defendant's medical and other records.

It is further stipulated that the period from August 10, 2007,

1  through and including September 28, 2007, should be excluded pursuant
2  to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity
3  of counsel and defense preparation.

4  Dated: August 9, 2007                Respectfully submitted,

5                                       DANIEL J. BRODERICK
                                        Federal Defender
6

7
                                        /s/ Mary M. French
8                                       MARY M. FRENCH
                                        Supervising Assistant
9                                       Federal Defender
                                        Attorney for Defendant
10                                      MARIA TERESA RAMOS

11
    Dated: August 9, 2007               MCGREGOR W. SCOTT
12                                      United States Attorney

13
                                        /s/  Mary M. French for
14                                            Matthew Stegman

15                                      _____
                                        MATTHEW STEGMAN
                                        Assistant U.S. Attorney
16                                      per telephonic authorization

17

18
    IT IS SO ORDERED.
19

    Dated: August 10, 2007
20

21
                                        _____
22                                      GARLAND E. BURRELL, JR.
                                        United States District Judge
23

24

25

26

27

28

Stipulation and Order                   -2-