DANIEL J. BRODERICK, #89424
Federal Defender
MARY M. FRENCH, #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MARIA TERESA REYES RAMOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-06-0211 GGH (GEB) |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO MODIFY |
| v. ) | CONDITIONS OF PRETRIAL RELEASE |
| ) | |
| MARIA TERESA REYES RAMOS, ) | JUDGE: Hon. Gregory G. Hollows |
| Defendant. ) | |
| _____ ) | |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MATTHEW STEGMAN, Assistant United States Attorney, attorney for Plaintiff, and MARY M. FRENCH, Supervising Assistant Federal Defender, attorney for defendant MARIA RAMOS, that the conditions of pretrial release set in this case on May 30, 2006, be modified, pursuant to 18 U.S.C. § 3145(a), such that defendant is released to the third party custody of her father, Dean Reyes.  The parties agree that the language in condition number four (4) be modified to read as follows:

　　　"4.　You shall be released to the third party custody of your

1  father, Dean Reyes;"

2      The parties have conferred with the pretrial services officer,
3  Gina Faubion, who agrees with this proposed modification.  The effect
4  of the modification is to remove the defendant's mother as third party
5  custodian as all parties agree that the defendant's father is a
6  suitable custodian and should be the only custodian.

7  Dated: September 6, 2007

8      Respectfully submitted,

9      DANIEL J. BRODERICK
    Federal Defender

10  /s/ Mary M. French
11  _____
    MARY M. FRENCH
12      Assistant Federal Defender
    Attorney for Defendant
13      MARIA TERESA REYES RAMOS

14
15  Dated: September 6, 2007    MCGREGOR W. SCOTT
    United States Attorney

16      /s/ Mary M. French for
17      _____
    MATTHEW STEGMAN
    Assistant U.S. Attorney
18      per telephonic authority

19

20  **O R D E R**

21

22      Based on the parties' stipulation, the pretrial service officer's
23  agreement and good cause appearing therefrom, the Court hereby adopts
24  the stipulation of the parties in its entirety.

25  **IT IS SO ORDERED.**

26  Dated:9/7/07    /s/ Gregory G. Hollows
    GREGORY G. HOLLOWS
27      United States Magistrate Judge

28  ramos211.ord

Stip and Order re Pretrial
Release    -2-