DANIEL J. BRODERICK, #89424
Federal Defender
MARY M. FRENCH, #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MARIA TERESA REYES RAMOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR-S-06-0211 GEB |
| Plaintiff, | ) ) ) | STIPULATION AND [PROPOSED] ORDER |
| v. | ) ) | CONTINUING STATUS CONFERENCE |
| MARIA TERESA REYES RAMOS, | ) | Date:  October 26, 2007 |
| Defendant. | ) ) | Time:  9:00 a.m. Judge: Hon. Garland E. Burrell, |
| _____ | ) | Jr. |

It is hereby stipulated between the parties, Matthew Stegman, Assistant United States Attorney, attorney for plaintiff, and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant MARIA TERESA REYES RAMOS, that the Status Conference hearing date of September 28, 2007, is vacated and a new Status Conference hearing date of October 26, 2007, at 9:00 a.m. is hereby set.

This continuance is requested because counsel for defendant is still in the process of on-going investigation, including requesting and reviewing defendant's medical and other records.

It is further stipulated that the period from September 28, 2007,

1 | through and including October 26, 2007, should be excluded pursuant to
2 | 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
3 | counsel and defense preparation.

4 | Dated:  September 27, 2007          Respectfully submitted,

5 |                                     DANIEL J. BRODERICK
6 |                                     Federal Defender

7 |
8 |                                     ___/s/ Mary M. French_____
                                        MARY M. FRENCH
9 |                                     Supervising Assistant
                                        Federal Defender
10 |                                    Attorney for Defendant
                                        MARIA TERESA RAMOS

11 |
12 | Dated:  September 27, 2007          MCGREGOR W. SCOTT
                                        United States Attorney

13 |
14 |                                    /s/  Mary M. French for
                                             Matthew Stegman

15 |                                    _____
                                        MATTHEW STEGMAN
16 |                                    Assistant U.S. Attorney
                                        per telephonic authorization

17 |
18 | IT IS SO ORDERED.
19 |
20 | September 28, 2007
21 |
22 |                                    _____
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge
23 |
24 |
25 |
26 |
27 |
28 |

Stipulation and Order            -2-