1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MARY M. FRENCH, #126643
   Supervising Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  MARIA TERESA REYES RAMOS

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12 UNITED STATES OF AMERICA,        )  NO. CR-S-06-0211 GEB
                                    )
13              Plaintiff,          )
                                    )  STIPULATION AND [PROPOSED] ORDER
14     v.                           )  CONTINUING STATUS CONFERENCE
                                    )
15 MARIA TERESA REYES RAMOS,        )  Date:  November 9, 2007
                                    )  Time:  9:00 a.m.
16              Defendant.          )  Judge: Hon. Garland E. Burrell,
                                    )         Jr.
17 _____)

18

19      It is hereby stipulated between the parties, Matthew Stegman,

20 Assistant United States Attorney, attorney for plaintiff, and Mary M.

21 French, Supervising Assistant Federal Defender, attorney for defendant

22 MARIA TERESA REYES RAMOS, that the Status Conference hearing date of

23 October 26, 2007, is vacated and a new Status Conference hearing date

24 of November 9, 2007, at 9:00 a.m. is hereby set.

25      This continuance is requested because the parties continue to work

26 on a resolution of this matter.

27      It is further stipulated that the period from October 26, 2007,

28 through and including November 9, 2007, should be excluded pursuant to

1  18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
2  counsel and defense preparation.
3  Dated:  October 25, 2007                Respectfully submitted,
4                                          DANIEL J. BRODERICK
                                           Federal Defender
5
6
                                            /s/ Mary M. French
7                                          MARY M. FRENCH
                                           Supervising Assistant
8                                          Federal Defender
                                           Attorney for Defendant
9                                          MARIA TERESA RAMOS
10
   Dated:  October 25, 2007                MCGREGOR W. SCOTT
11                                         United States Attorney
12
                                           /s/  Mary M. French for
13                                              Matthew Stegman

14                                         MATTHEW STEGMAN
                                           Assistant U.S. Attorney
15                                         per telephonic authorization
16
17
   IT IS SO ORDERED.
18
   Dated:  October 25, 2007
19
20
                                           _____
21                                         GARLAND E. BURRELL, JR.
                                           United States District Judge
22
23
24
25
26
27
28

Stipulation and Order                -2-