DANIEL J. BRODERICK, #89424
Federal Defender
MARY M. FRENCH, #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MARIA TERESA REYES RAMOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR-S-06-0211 GEB |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND [PROPOSED] ORDER <br> ) CONTINUING STATUS CONFERENCE |
| MARIA TERESA REYES RAMOS, | ) Date: December 7, 2007 <br> ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Hon. Garland E. Burrell, <br> ) Jr. |
| _____ | ) |

It is hereby stipulated between the parties, Matthew Stegman, Assistant United States Attorney, attorney for plaintiff, and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant MARIA TERESA REYES RAMOS, that the Status Conference hearing date of November 9, 2007, is vacated and a new Status Conference hearing date of December 7, 2007, at 9:00 a.m. is hereby set.

This continuance is requested because the parties continue to work on a resolution of this matter.

It is further stipulated that the period from November 9, 2007, through and including December 7, 2007, should be excluded pursuant to

18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated:  November 8, 2007          Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Mary M. French
MARY M. FRENCH
Supervising Assistant
Federal Defender
Attorney for Defendant
MARIA TERESA RAMOS

Dated:  November 8, 2007          MCGREGOR W. SCOTT
United States Attorney

/s/  Mary M. French for
     Matthew Stegman

MATTHEW STEGMAN
Assistant U.S. Attorney
per telephonic authorization

IT IS SO ORDERED.

Dated:   November 13, 2007

GARLAND E. BURRELL, JR.
United States District Judge

Stipulation and Order                -2-