```
DANIEL J. BRODERICK, #89424
Federal Defender
MARY M. FRENCH, #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MARIA TERESA REYES RAMOS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-06-0211 GEB |
| Plaintiff, ) | |
| ) | REQUEST FOR ORDER AND ORDER |
| v. ) | EXONERATING BOND |
| ) | |
| MARIA TERESA REYES RAMOS, ) | |
| Defendant. ) | |
| _____ ) | |

    On or about May 30, 2006, a $50,000 appearance bond, secured by a deed of trust against the real property of Abelardo Lara Reyes and Teresa Ruiz Reyes, husband and wife, 2430 Ridgewood Circle, Fairfield, California 94533, was posted on behalf of defendant Maria Teresa Reyes Ramos, in Case No. CR-S-06-211 GEB.

    Thereafter, on or about April 16, 2008, judgment was entered and on May 16, 2008, Ms. Ramos self-surrendered to begin serving her 8-month sentence.

    It is hereby requested that the $50,000 secured appearance bond be exonerated in the above-captioned matter and that the Clerk of the

1  United States Court for the Eastern District of California be directed
2  to reconvey back to the Trustors the deed of trust received by the
3  Clerk on or about June 28, 2006 (receipt number 201 12441).
4  Dated: June 2, 2008

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Mary M. French
_____
MARY M. FRENCH
Supervising Assistant
Federal Defender
Attorney for Defendant
MARIA TERESA REYES RAMOS

**O R D E R**

IT IS SO ORDERED.

Dated:  June 5, 2008.

_____
U.S. MAGISTRATE JUDGE

Order Exonerating Bond                -2-