1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA C. HARTER, CA Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  MARIA TERESA REYES RAMOS

7

8               IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )  No. Cr. S 06-211 GEB
                                  )
12              Plaintiff,        )
                                  )  REQUEST FOR ORDER AND ORDER
13     v.                         )  RETURNING PASSPORT TO THE
                                  )  DEFENDANT
14 MARIA TERESA REYES RAMOS,      )
                                  )
15              Defendant.        )
                                  )  Judge: Hon. Dale A. Drozd
16 _____ )

17

18      Ms. Ramos was indicted on May 25, 2006.  On May 30, 2006 following

19 a hearing before Judge Hollows she was released from custody under

20 conditions.  As a part of her release conditions, she surrendered her

21 passport to the Clerk of the Court on June 7, 2006.  (Receipt Number

22 20112295.)

23      She pled guilty and was sentenced on April 4, 2008 to 8 months in

24 custody and 12 months of supervised release.  She self-surrendered and

25 served her time in custody.  On June 5, 2008, upon motion by the

26 defendant her bond was exonerated and the property securing her bond

27 was reconveyed.

28 /////

1

1        The defendant now requests that her passport be returned to her.

2   It should be sent to her at the same address she gave at the time she

3   surrendered the passport.  That address will be provided to the Clerk

4   of the Court by defense counsel.

5        Defense counsel has contacted the government's attorney, Matthew

6   Stegman, who indicated that he has no objection to this request.

7   Dated:  August 21, 2009

8                                    Respectfully submitted,

9                                    DANIEL J. BRODERICK
                                     Federal Defender
10

11                                   /s/ *Linda C. Harter*

12                                   _____
                                     LINDA C. HARTER
                                     Chief Assistant Federal Defender
13                                   Attorney for Defendant
                                     MARIA TERESA REYES RAMOS
14

15

16                          **O R D E R**

17      **IT IS HEREBY ORDERED** that the original passport of Maria Teresa

18  Reyes Ramos, Receipt # 20112295, be returned by the Clerk of the

19  District Court to the defendant.  The Clerk of the Court may contact

20  defense counsel to confirm the address as necessary.

21  DATED: August 21, 2009.

22
                              _____
23                            DALE A. DROZD
                              UNITED STATES MAGISTRATE JUDGE
24

25  Ddad1/orders.criminal/ramos0211.ord

26

27

28


Request for Return of Passport        -2-